IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:24-CV-00430-MOC-SCR

| | |
|---|---|
| ALANA LENAWAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| OCTAPHARMA PLASMA, INC., ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Daniel Srourian]" (Doc. No. 5) filed May 10, 2024. For the reasons set forth therein, the Motion will be granted.[1]

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: May 11, 2024

Susan C. Rodriguez
United States Magistrate Judge

---

[1] The Motion states it is opposed. Chambers staff has confirmed with moving counsel, however, that he indicated "opposed" because he was not able to confer about the Motion since no defense counsel has appeared.