**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:24-CV-00430-MOC-SCR**

| | | |
|---|---|---|
| **ALANA LENAWAY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **OCTAPHARMA PLASMA, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

THIS MATTER is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Allison M. Holt Ryan, Darnesha Carter and Lance Y. Murashige]" (Doc. Nos. 10-12) filed May 20, 2024. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel and to the Honorable Max O. Cogburn, Jr.

SO ORDERED.

Signed: May 20, 2024

Susan C. Rodriguez
United States Magistrate Judge